UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARVIE B. CARROLL,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>A. WILLIAMS,<br><br>　　　　　Defendant. | No. 1:19-cv-00674-DAD-SAB (PC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS<br><br>(Doc. No. 11) |

Plaintiff Arvie B. Carroll is a state prisoner proceeding *pro se* and *in forma pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On October 4, 2019, the assigned magistrate judge screened plaintiff's complaint and found that plaintiff had stated cognizable claims against defendant A. Williams for retaliation in violation of the First Amendment but failed to state any other cognizable claims. (Doc. No. 9.) Plaintiff was granted leave to file a second amended complaint or notify the court of his willingness to proceed only on the claims found to be cognizable in the screening order. (*Id.* at 11.) On October 18, 2019, plaintiff notified the court of his willingness to proceed only on the cognizable claims identified by the magistrate judge in the screening order. (Doc. No. 10.)

Consequently, on October 23, 2019, the assigned magistrate judge issued findings and recommendations, recommending that this action proceed on plaintiff's claim against defendant

1

A. Williams for retaliation in violation of the First Amendment, and that all other claims be dismissed. (Doc. No. 11.) The findings and recommendations were served on plaintiff and contained notice that any objections thereto were to be filed within fourteen days after service. (*Id.* at 2.) No objections have been filed and the time in which to do so has now passed.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this court has conducted a *de novo* review of the case. Having carefully reviewed the entire file, the court concludes that the findings and recommendations are supported by the record and proper analysis.

Accordingly,

1. The findings and recommendations issued on October 23, 2019 (Doc. No. 11) are adopted in full;
2. This action shall proceed on plaintiff's claim against defendant A. Williams for retaliation in violation of the First Amendment;
3. All other claims are dismissed with prejudice for failure to state cognizable claims for relief; and
4. This action is referred back to the assigned magistrate judge for further proceedings consistent with this order.

IT IS SO ORDERED.

Dated: **January 16, 2020**　　　　　　　　　　　　／s／ Dale A. Drozd
　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE