UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARVIE B. CARROLL,<br><br>        Plaintiff,<br><br>    v.<br><br>A. WILLIAMS,<br><br>        Defendant. | No. 1:19-cv-00674-DAD-GSA (PC)<br><br>ORDER GIVING FULL EFFECT TO STIPULATION FOR VOLUNTARY DISMISSAL, WITH PREJUDICE, UNDER RULE 41<br>(ECF No. 19.)<br><br>ORDER FOR CLERK TO CLOSE CASE |

Plaintiff Arvie B. Carroll is a state prisoner proceeding *pro se* and *in forma pauperis* with this civil rights action pursuant to 42 U.S.C. § 1983. This case proceeds against defendant Captain A. Williams ("Defendant") on Plaintiff's claim for retaliation in violation of the First Amendment.

On September 28, 2020, a settlement conference was held before the Honorable Jennifer L. Thurston, and the case settled. On September 31, 2020, a stipulation for voluntary dismissal with prejudice under Federal Rule of Civil Procedure 41(a)(1)(A)(ii) was filed with the Court containing the signatures of Plaintiff and Counsel for Defendant Williams. (ECF No. 31.)

Federal Rule of Civil Procedure 41(a)(1)(A)(ii) allows plaintiffs to "dismiss an action without a court order by filing a stipulation of dismissal signed by all parties who have appeared." The stipulation filed on September 30, 2020, is signed by all parties to this case. Therefore, the parties' stipulation is given full force and effect, and this case is dismissed with prejudice. The Clerk shall close the case.

Accordingly, IT IS HEREBY ORDERED that:

1. The parties' stipulation for voluntary dismissal of this action with prejudice is effective as of the date it was filed;
2. This case is DISMISSED WITH PREJUDICE under Federal Rule of Civil Procedure 41(a)(1)(A)(ii);
3. Each party shall bear its own litigation costs and attorney's fees; and
4. The Clerk of the Court is directed to close this case.

IT IS SO ORDERED.

Dated:   **October 2, 2020**             **/s/ Gary S. Austin**
                                      UNITED STATES MAGISTRATE JUDGE